UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LYDIA LYNCH, etc., *et al.*,           )
                                       )
          Plaintiff,                   )          2:10-cv-962-RLH-RJJ
                                       )
vs.                                    )
                                       )
AMERICAN FAMILY MUTUAL                 )          O R D E R
INSURANCE COMPANY, etc., *et al.*,     )
                                       )
          Defendant,                   )
_____ )

This matter is before the Court on a proposed Discovery Plan and Scheduling Order (#14).

The Court having reviewed the proposed Discovery Plan and Scheduling Order (#14) and good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order (#14) is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that on or before December 21, 2010, the parties shall file a joint status report to include the following information:

1.     Shall identify the discovery that has been completed;

2.     Shall identify the discovery that remains outstanding;

3.     Shall identify any pending discovery motions;

4.     Shall provide a proposed schedule for the completion of all remaining discovery; and,

5.     Shall detail all attempts to settle the case.

DATED this 7th day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge