1
2  **DAMON A. SCHUETZE, ESQ.**
   Nevada Bar #4047
   **SCHUETZE & McGAHA, P.C.**
3  601 South Rancho Drive, Suite C-20
   Las Vegas, Nevada  89106
4  (702) 369-3225
   (702) 369-2110 Facsimile
5  Attorneys for Defendant

6                    **UNITED STATES DISTRICT COURT**

7                         **CLARK COUNTY, NEVADA**

8  LYDIA LYNCH, individually;

9            Plaintiffs,                **CASE NO:** 2:10-cv-00962-RLH-RJJ

10 vs.

11 AMERICAN FAMILY MUTUAL
   INSURANCE COMPANY, a Wisconsin
12 Corporation, DOES I-X and ROE
   CORPORATIONS I-X, inclusive
13
             Defendants.
14

15          **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

16         **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff,

17 **ALISON M. BRASIER, ESQ.** and **POWELL LITIGATION GROUP** and counsel for Defendant,

18 **DAMON A. SCHUETZE, ESQ.** and **SCHUETZE & McGAHA, P.C.** and all matters indifference

19 in the above-entitled action having been agreed to by and between the parties, that the same

20 be, and it is hereby dismissed with prejudice; each party to bear their own attorney's fees and

21 costs herein.

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that there is no current trial setting.

**DATED** this 15th day of April, 2011.    **DATED** this 15th day of April, 2011.

**THE POWELL LITIGATION GROUP**    **SCHUETZE & McGAHA, P.C.**

By */s/Alison M. Brasier*    By */s/Damon A. Schuetze*
  **PAUL D. POWELL, ESQ.**    **DAMON A. SCHUETZE, ESQ.**
  Nevada Bar #7488    Nevada Bar #4047
  **ALISON BRASIER, ESQ.**    601 S. Rancho Drive, Suite C-20
  Nevada Bar #10522    Las Vegas, Nevada 89106
  9525 Hillwood Drive, Suite 100    Attorneys for Defendant
  Las Vegas, Nevada 89134
  Attorney for Plaintiff

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled matter is hereby dismissed with prejudice; each party to bear their own attorney's fees and costs herein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there is no current trial setting.

**DATED** this 18th day of April, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by

**SCHUETZE & McGAHA, P.C.**

By */s/Damon A. Schuetze*
  **DAMON A. SCHUETZE, ESQ.**
  Nevada Bar #4047
  601 South Rancho Drive, Suite C-20
  Las Vegas, Nevada 89106
  Attorney for Defendant